UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOGDAN V. GEREZ,<br><br>              Plaintiff,<br><br>    v.<br><br>R. CASTRO,<br><br>              Defendant. | Case No. 1:21-cv-01431-JLT-EPG (PC)<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 32) |

      On October 10, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 32). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

      Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement. IT IS SO ORDERED.

Dated:   **October 11, 2022**                 /s/ _Erica P. Grosjean_
                                                              UNITED STATES MAGISTRATE JUDGE